181 So. 301

## Mike GIDEON v. STATE.

### 7 Div. 511.

Supreme Court of Alabama.

May 12, 1938.

Motley & Motley, of Gadsden, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

GARDNER, Justice.

Petition of Mike Gideon for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Gideon v. State, 181 So. 301.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.